IN THE SUPREME COURT OF TEXAS

 No. 04-0854
 &
 No. 04-0856

 IN RE FLOWSERVE U.S., INC. AND TEAM INDUSTRIAL SERVICES, INC.

 consolidated with

 IN RE PUFFER-SWEIVEN INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief and stay, filed March 22,
2005, is granted as supplemented. All trial court proceedings in Cause
No. 03-3304-E, styled Diamond Shamrock Refining Company, L.P. v. Cecorp.
Inc. f/k/a Collier Equipment Corporation, Dresser, Inc., Puffer-Sweiven,
Inc., a/k/a Verde Holdings, Inc., Team Industrial Services, Inc., and Butch
Crawford, in the 148th District Court of Nueces County, Texas, are stayed
pending further order of this Court.

 Done at the City of Austin, this April 8, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk